Commonwealth *v.* D'Angelo, Petitioner.

Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

540

*Dante R. D'Angelo,* appellant, in propria persona.

*Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, April 10, 1970:

The order of the Superior Court is reversed and the case remanded to the hearing court for the filing of a proper order in conformity with the Act of January 25, 1966, P. L. (1965) 1580, §10, 19 P.S. §1180-10 (Supp. 1969), which requires that "[t]he order finally disposing of the petition shall state grounds on which the case was determined and whether a federal or a state right was presented and decided." See *Commonwealth v. Naylor,* 437 Pa. 193, 262 A. 2d 146 (1970).